### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

ALUMINA CERAMICS, INC.,                                                                    PLAINTIFF
d/b/a COORSTEK, INC.

v.                                     NO. 4:11CV00646 JLH

SAIA MOTOR FREIGHT LINE, INC.                                                              DEFENDANT

### ORDER

The motion for admission to appear *pro hac vice* by Robert Moseley, Jr., is GRANTED. Document #9. Mr. Moseley is hereby admitted to appear before this Court as co-counsel for SAIA Motor Freight Line, Inc., with Kara B. Mikles of Munson, Rowlett, Moore & Boone, P.A., as local counsel.

IT IS SO ORDERED this 16th day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE