**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 0 3 2012

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALUMINA CERAMICS, INC.
D/B/A COORSTEK, INC.                                                                                  PLAINTIFF

V.                                 NO. 4-11-CV-646 JLH

SAIA MOTOR FREIGHT LINE, INC.                                     DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court this matter has been settled, the same is hereby dismissed with prejudice.

_____
THE HONORABLE J. LEON HOLMES

_____
DATE August 3, 2012

PREPARED BY:
KARA B. MIKLES
MUNSON, ROWLETT, MOORE & BOONE, P.A.
400 WEST CAPITOL AVENUE, SUITE 1900
LITTLE ROCK, AR 72201
501/374-6535